**ASHURST PERKINS COIE US LLP**

Matthew L. Goldberg, Bar No. 267295
Matthew.Goldberg@ashurstperkins.com
Kaneem A. Thornton, Bar No. 361782
Kaneem.Thornton@ashurstperkins.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Attorneys for Defendant
KINDER MORGAN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CASSANDRA DAVIS, an individual,

Plaintiff,

v.

KINDER MORGAN, INC., DOES 1 to 50, inclusive,

Defendant.

Case No. 2:26-cv-02414-TLN-AC

**ORDER REGARDING TIME TO SERVE INITIAL DISCLOSURES**

This matter comes before the Court on the Joint Stipulation Regarding Time to Serve Initial Disclosures (the "Stipulation") between Plaintiff Cassandra Davis and Defendant Kinder Morgan, Inc. Having considered the Stipulation, and good cause appearing:

The Court GRANTS the Stipulation and Orders the following:

1. The Parties shall serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) on or before Thursday, September 22, 2026.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Troy L. Nunley
Chief United States District Judge